United States District Court
Southern District of Texas
FILED

JUN 0 1 2022

Nathan Ochsner, Clerk

95

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. **M-22-0916** |
| § | |
| MARIANO GARCIA § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about March 19, 2018 and continuing through on or about June 6, 2019, in the Southern District of Texas, the Defendant

**MARIANO GARCIA**

did corruptly give, offer, or agree to give a thing of value to any person intending to influence and reward the General Manager of the Agua Special Utility District ("Agua SUD"), a local government that received benefits in excess of $10,000 pursuant to a Federal program involving a grant, contract, subsidy, loan guarantee, and other forms of Federal assistance in 2018 and 2019, in connection with any business, transaction, or series of transactions of such local government and agency involving something of value of $5,000 or more: namely, Defendant gave approximately $249,839.13 to Andres Morales, through RGV Redlight, as instructed by the Agua SUD General Manager intending to influence and reward said General Manager for his official support and recommendation for Agua SUD to award Defendant's company a contract to serve as an owner's representative in connection with an energy savings project.

All in violation of Title 18, United States Code, Sections 666(a)(2).

### NOTICE OF CRIMINAL FORFEITURE
### 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant,

**MARIANO GARCIA**

that upon conviction for an offense in this Indictment, all property, real or personal, which constitutes or is derived from proceeds traceable to such offense, is subject to forfeiture.

### Property Subject to Forfeiture

The property subject to forfeiture is approximately $96,443.55. In the event that a condition listed in Title 21, United States Code, Section 853 exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture. The United States may seek the imposition of a money judgment.

A TRUE BILL

FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY