UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVIISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL ACTION NO. |
| VS. § | 7:22-cr-00916 |
| § | |
| MARIANO GARCIA § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE UNTIED STATES DISTRICT JUDGE:

NOW COMES MARIANO GARCIA, Defendant, in the above-entitled and numbered cause, by and through the undersigned Counsel and files this Unopposed Motion for Continuance, and in support of such motion, shows the following:

I.

This cause is presently set for Jury Trial on May 12, 2025, at 1:00 p.m. Counsel for Defendant has a conflict with another trial in San Antonio where the testimony of an in-custody witness has been arranged. Such arrangements are and have been difficult to secure and necessitated other continuances.

II.

Should the Court agree to this continuance, Assistant United States Attorney Roberto Lopez requests resetting case to a date in August, 2025, because counsel for the Government will be on paternity leave.

III.

Counsel respectfully requests that the setting be rescheduled to a later date.

IV.

The continuance is not sought solely for delay but so that justice may be done.

Respectfully submitted,

**HERIBERTO "Eddie" MEDRANO**
2009 E. Harrison Ave. – Suite B
Harlingen, TX 78550
Tel. (956) 428-2412
Fax (956) 246-4278
edmedrano@mac.com

State Bar No. 13897800
Federal ID No. 5952

**DUARTE & MOLINA, P.C.**
2200 Warner Avenue
San Antonio, TX 78201
(210) 737-6676 Telephone
(210) 733-6181 Facsimile
dduarte@duartemolinalaw.com
paralegal@duartemolinalaw.com

*/s/ Demetrio Duarte, Jr.*
**DEMETRIO DUARTE, JR.**
State Bar No. 06144125
Federal ID No. 2632

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I, Demetrio Duarte, Jr., Co-Counsel for Defendant Mariano Garcia, hereby certify that defense counsel has conferred with AUSA Roberto Lopez regarding this Motion for Continuance and the Government is unopposed to the requested relief.

*/s/ Demetrio Duarte, Jr.*
Demetrio Duarte, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April 2025, a copy of the above and foregoing Motion for Continuance was electronically filed with the Clerk of the Court using the PACER filing system which will transmit notification of the instrument and notice of the filing of same upon all proper parties.

*/s/ Demetrio Duarte, Jr.*
Demetrio Duarte, Jr.